PROB 35

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS


FILED
JUN 11 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA

v.

Nohely Valenzuela

Crim. No. 4:16-CR00334-003

On December 19, 2016, the above named Defendant was sentenced in the above numbered cause to five (5) years probation for the offense of Possession Marihuana with Intent to Distribute in violation of 21 U.S.C § 841(a)(1) and 18 U.S.C § 2. On December 19, 2016, the Defendant released from federal custody and commenced service of the term of supervised release which was scheduled to be in effect until December 18, 2021. The probation officer now reports that the probationer has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision. Pursuant to Title 18 United States Code § 3583(e)(1), the U.S. Probation Officer recommends that the probationer be discharged from supervision.

Respectfully submitted,

*Shanequa Irving*

Shanequa Irving, U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

Dated this 11th day of June 2020

David Counts
United States District Judge